COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Stephen Charles Hernandez v. The State of Texas

Appellate case numbers:   01-22-00286-CR & 01-22-00287-CR

Trial court case numbers:  CR2016-725 & CR2016-726

Trial court:            207th District Court of Comal County

       Appellant, Stephen Charles Hernandez, has filed a "Motion to Substitute Counsel," requesting that Cathy S. Compton, Attorney at Law, be substituted as his counsel of record in this appeal. According to the motion, Alexander Calhoun was appointed to represent appellant by the trial court. However, the motion represents that "Cathy S. Compton has been employed to represent" appellant in this appeal, and the motion has been filed "to allow [a]ppellant to be represented by his counsel of choice."

       Accordingly, the motion requests that Cathy S. Compton be substituted in place of Alexander Calhoun as appellant's counsel on appeal. *See* TEX. R. APP. P. 6.5(d).

       The motion does not state that appellant conferred with the State regarding the requested relief. However, more than ten days have passed, and the State has not opposed the motion. *See* TEX. R. APP. P. 10.3(a)(2). The motion is **granted**. *See* TEX. R. APP. P. 6.5(d).

       The Clerk of this Court is directed to note the substitution of Cathy S. Compton, Attorney at Law, as counsel for appellant on the docket of this Court.

       It is so ORDERED.

Judge's signature: ___/s/ Amparo Guerra_____
                      ☑ Acting individually    ☐ Acting for the Court

Date: ___August 2, 2022___